**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE JOHNNY PRADO,** | ) NO. CV 13-07375-AB (KS) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| **GREG LEWIS,** | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 13, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE